UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
Norman Parish § Case No. 13-18098
Sherry L. Parish §
 §
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]          $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-18098 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Norman Parish | | | | Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| | Sherry L. Parish | | | | 341(a) Meeting Date: | 06/04/2013 |
| For Period Ending: | 03/05/2014 | | | | Claims Bar Date: | 09/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12745 Terrace Blvd, Plainfield, Il 60585-2258 The Costs And | 227,000.00 | 47,126.00 | | 10,000.00 | FA |
| 2. 1653 E 85Th St, Chicago, Il 60617-2238 | 145,752.00 | 0.00 | | 0.00 | FA |
| 3. 2108 E 95Th Pl, Chicago, Il 60617-4704 | 15,000.00 | 0.00 | | 0.00 | FA |
| 4. 6349 S Langley Ave, Chicago, Il 60637-3429 | 176,290.00 | 0.00 | | 0.00 | FA |
| 5. 9530 S Chappel Ave, Chicago, Il 60617-4722 | 15,000.00 | 0.00 | | 0.00 | FA |
| 6. 9812 S Clyde Ave, Chicago, Il 60617-5217 | 15,000.00 | 0.00 | | 0.00 | FA |
| 7. Checking Account With Bank Of America | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8. Miscellaneous Used Household Goods And Furnishings | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9. Personal Used Clothing | 600.00 | 600.00 | | 0.00 | FA |
| 10. Employer-Provided 401(K) | 28,328.36 | 28,328.36 | | 0.00 | FA |
| 11. 2007 Buick Rainier-I6 Utility 4D Cxl 138,000 Miles Value Acc | 7,190.00 | 7,190.00 | | 0.00 | FA |
| 12. 2012 Audi A4-4 Cyl. Turbo Sedan 4D 2.0T Premium 2Wd 12,000 M | 26,457.00 | 26,457.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $658,617.36        $111,701.36                    $10,000.00        $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed an interest in real property (primary residence); Trustee determined value of real property exceeded mortgage, and sought to sell property for the benefit of creditors; Debtor disputed Trustee's value; Debtor and Trustee settled disputed by Debtor buying bankruptcy estate's interest in residence.

Initial Projected Date of Final Report (TFR): 06/04/2014        Current Projected Date of Final Report (TFR): 06/04/2014

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-18098 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Norman Parish | Bank Name: | The Bank of New York Mellon |
| | Sherry L. Parish | Account Number/CD#: | XXXXXX8062 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0502 | Blanket Bond (per case limit): | |
| For Period Ending: | 03/05/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/13 | 1 | Sherry and Norman Parish | Settlement payment | 1110-000 | $5,000.00 | | $5,000.00 |
| 11/06/13 | 1 | Sherry and Norman Parish | Settlement payment | 1110-000 | $5,000.00 | | $10,000.00 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507 (a)(2) | 2600-000 | | $11.03 | $9,988.97 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507 (a)(2) | 2600-000 | | $14.85 | $9,974.12 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $10,000.00 | $25.88 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $10,000.00 | $25.88 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $10,000.00 | $25.88 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals: $10,000.00 $25.88

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8062 - Checking | $10,000.00 | $25.88 | $9,974.12 |
|  | $10,000.00 | $25.88 | $9,974.12 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-18098  
Debtor Name: Norman Parish  
Claims Bar Date: 9/9/2013  

Date: March 5, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $1,750.00 | $1,750.00 |
| 1 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $25,691.00 | $25,691.49 | $25,691.49 |
| 2 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $21,233.00 | $21,608.43 | $21,608.43 |
| 3 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $1,926.00 | $2,051.50 | $2,051.50 |
| 4 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $7,581.00 | $7,763.06 | $7,763.06 |
| 5 300 7100 | Fifth Third Bank<br>9441 Lbj Freeway, Suite 350<br>Dallas, Tx 75243 | Unsecured | | $7,313.00 | $7,435.98 | $7,435.98 |
| 6 300 7100 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Unsecured | | $8,650.00 | $8,650.52 | $8,650.52 |
| 7 300 7100 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Unsecured | | $5,263.00 | $5,263.07 | $5,263.07 |
| 8 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $24,176.00 | $24,581.65 | $24,581.65 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-18098  
Debtor Name: Norman Parish  
Claims Bar Date: 9/9/2013  

Date: March 5, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9 300 7100 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,284.00 | $1,272.54 | $1,272.54 |
| 10 300 7100 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $232.00 | $428.67 | $428.67 |
| 11 300 7100 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,622.00 | $2,662.94 | $2,662.94 |
| 12 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $163.00 | $253.89 | $253.89 |
| 13 300 7100 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $1,926.00 | $5,725.30 | $5,725.30 |
| 14 300 7100 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured | | $3,794.00 | $3,794.15 | $3,794.15 |
| 15 300 7100 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured | | $10,400.00 | $10,400.03 | $10,400.03 |
| 16 300 7100 | N. A. Capital One Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $1,274.00 | $1,322.71 | $1,322.71 |
| 17 300 7100 | Portfolio Recovery Associates, Llc Suc To Us Bank Nat"l Assoc Pob 41067 Norfolk Va 23541 | Unsecured | | $4,194.00 | $4,194.54 | $4,194.54 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-18098  
Debtor Name: Norman Parish  
Claims Bar Date: 9/9/2013  

Date: March 5, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 18<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Suc To Us Bank Nat"l Assoc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $6,644.79 | $6,644.79 |
| 19<br>300<br>7100 | Ecast Settlement Corporation,<br>Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | | $2,070.00 | $2,077.51 | $2,077.51 |
| 20<br>300<br>7100 | N. A. Citibank<br>Citibank, N.A.<br>701 East 60Th Street North<br>Sioux Falls, Sd 57117 | Unsecured | | $0.00 | $22,287.63 | $22,287.63 |
| | Case Totals | | | $128,792.00 | $165,860.40 | $165,860.40 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-18098
Case Name: Norman Parish
            Sherry L. Parish
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ | $ | $ |
| 2 | DISCOVER BANK | $ | $ | $ |
| 3 | DISCOVER BANK | $ | $ | $ |
| 4 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 5 | Fifth Third Bank | $ | $ | $ |
| 6 | N. A. Fia Card Services | $ | $ | $ |
| 7 | N. A. Fia Card Services | $ | $ | $ |
| 8 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 9 | GE Capital Retail Bank | $ | $ | $ |
| 10 | GE Capital Retail Bank | $ | $ | $ |
| 11 | GE Capital Retail Bank | $ | $ | $ |
| 12 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 13 | DISCOVER BANK | $ | $ | $ |
| 14 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 15 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 16 | N. A. Capital One | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Portfolio Recovery Associates, Llc | $ | $ | $ |
| 18 | Portfolio Recovery Associates, Llc | $ | $ | $ |
| 19 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 20 | N. A. Citibank | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE