**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-18098 |
| Norman Parish | § | Chapter 7 |
| Sherry L. Parish | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION AND**
**DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 5/16/2014
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 4/16/2014 _____   By: __/s/ Joji Takada_____
Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 164,110.40  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 25,691.49 | $ 0.00 | $ 1,287.49 |
| 2 | DISCOVER BANK | $ 21,608.43 | $ 0.00 | $ 1,082.87 |
| 3 | DISCOVER BANK | $ 2,051.50 | $ 0.00 | $ 102.81 |
| 4 | N. A. Capital One Bank (Usa) | $ 7,763.06 | $ 0.00 | $ 389.03 |
| 5 | Fifth Third Bank | $ 7,435.98 | $ 0.00 | $ 372.64 |
| 6 | N. A. Fia Card Services | $ 8,650.52 | $ 0.00 | $ 433.51 |
| 7 | N. A. Fia Card Services | $ 5,263.07 | $ 0.00 | $ 263.75 |
| 8 | N. A. Capital One Bank (Usa) | $ 24,581.65 | $ 0.00 | $ 1,231.87 |
| 9 | GE Capital Retail Bank | $ 1,272.54 | $ 0.00 | $ 63.77 |
| 10 | GE Capital Retail Bank | $ 428.67 | $ 0.00 | $ 21.48 |
| 11 | GE Capital Retail Bank | $ 2,662.94 | $ 0.00 | $ 133.45 |
| 12 | Quantum3 Group Llc As Agent For | $ 253.89 | $ 0.00 | $ 12.72 |
| 13 | DISCOVER BANK | $ 5,725.30 | $ 0.00 | $ 286.91 |
| 14 | Ecast Settlement Corporation, Assignee | $ 3,794.15 | $ 0.00 | $ 190.14 |
| 15 | Ecast Settlement Corporation, Assignee | $ 10,400.03 | $ 0.00 | $ 521.18 |
| 16 | N. A. Capital One | $ 1,322.71 | $ 0.00 | $ 66.29 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Norman Parish | § | Case No. 13-18098 |
| Sherry L. Parish | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 25.88 |
| leaving a balance on hand of[1] | $ | 9,974.12 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,750.00 | $ 0.00 | $ 1,750.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,750.00 |
| Remaining Balance | $ | 8,224.12 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Portfolio Recovery Associates, Llc | $ 4,194.54 | $ 0.00 | $ 210.20 |
| 18 | Portfolio Recovery Associates, Llc | $ 6,644.79 | $ 0.00 | $ 332.99 |
| 19 | Ecast Settlement Corporation, Assignee | $ 2,077.51 | $ 0.00 | $ 104.11 |
| 20 | N. A. Citibank | $ 22,287.63 | $ 0.00 | $ 1,116.91 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 8,224.12 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada _____

Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-18098-BWB
Norman Parish                                                             Chapter 7
Sherry L. Parish
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps          Page 1 of 2          Date Rcvd: Apr 17, 2014
                             Form ID: pdf006       Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2014.
db/jdb      Norman Parish,   Sherry L. Parish,   12745 Terrace Blvd,   Plainfield, IL  60585-2258
20414458    #Baker & Miller, PC,   29 N Wacker Dr Ste 500,   Chicago, IL  60606-3227
20414459    Bank of America,   4060 Ogletown stanton Rd,   Newark, DE  19713
20414460    +Bmo Harris Trust& Savi,   111 W Monroe St,   Chicago, IL  60603-4095
20414461    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Cap One,   PO Box 85520,   Richmond, VA  23285-5520)
20414462    Capital 1 Bank,   Attn: Bankruptcy Dept.,   PO Box 30285,   Salt Lake City, UT  84130-0285
20638666    Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
            Charlotte, NC  28272-1083
20889562    Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20414464    Chase,   PO Box 15298,   Wilmington, DE  19850-5298
20414465    Chase,   PO Box 24696,   Columbus, OH  43224-0696
20414463    +Chase,   802 Delaware Ave Fl 8,   Wilmington, DE 19801-1370
20973546    +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
20414466    Comenity Bank/New York & Company,   Attention: Bankruptcy,   PO Box 182686,
            Columbus, OH  43218-2686
20414467    Comenity Bank/Nwyrk&Co,   220 W Schrock Rd,   Westerville, OH  43081-2873
20545267    +Deutsche Bank Trust Company Americas, as Trustee f,   C/O,   Pierce & Associates,
            1 N. Dearborn Ste 1300,   Chicago, IL 60602-4373
20694408    +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
20414469    Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH  45227-1115
20414470    Fifth Third Bank,   Fifth Third Bank Bankruptcy Department,   1830 E Paris Ave SE # Rscb3e,
            Grand Rapids, MI  49546-6253
20683459    +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
20414475    +GMAC Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
20414478    HSBC/Menards,   Attn: Bankruptcy,   PO Box 5263,   Carol Stream, IL  60197-5263
20414476    Harris N.a.,   3800 Golf Rd Ste 300,   Rolling Meadows, IL  60008-4037
20414477    Home Comings Financial / GMAC Mortgage,   Attention: Bankruptcy Dept,   1100 Virginia Dr,
            Fort Washington, PA  19034-3204
20414479    Indymac Bank/Onewest Bank,   Attn:Bankruptcy,   2900 Esperanza Xing,   Austin, TX  78758-3658
20414457    #Macey Bankruptcy Law,   233 S Wacker Dr Ste 5150 Willis Tower,   Chicago, IL  60606-6371
20414481    Onewest Bank,   6900 Beatrice Dr,   Kalamazoo, MI  49009-9559
20935185    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,   suc to US Bank Nat'l Assoc,
            POB 41067,   Norfolk VA 23541)
20414455    Parish Norman,   12745 Terrace Blvd,   Plainfield, IL  60585-2258
20414456    Parish Sherry L,   12745 Terrace Blvd,   Plainfield, IL  60585-2258
20414482    Sears/Cbna,   PO Box 6282,   Sioux Falls, SD  57117-6282
20414483    +US Bk Rms Cc,   101 5th St E Ste A,   Saint Paul, MN 55101-1860
20414484    Usaa Savings Bank,   PO Box 47504,   San Antonio, TX  78265-7504
20888005    eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
            New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20596611    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2014 00:44:07   Discover Bank,
            DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
20414468    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2014 00:44:07   Discover Fin Svcs LLC,
            PO Box 15316,   Wilmington, DE  19850-5316
20758384    E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2014 00:47:27   GE Capital Retail Bank,
            c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
20414472    E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2014 00:46:19   GECRB/JC Penny,
            Attention: Bankruptcy,   PO Box 103104,   Roswell, GA  30076-9104
20414471    E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2014 00:44:28   Gecrb/ Old Navy,   Attention: GEMB,
            PO Box 103104,   Roswell, GA  30076-9104
20414474    E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2014 00:44:28   Gecrb/Old Navy,   PO Box 965005,
            Orlando, FL  32896-5005
20414473    E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2014 00:44:28   Gecrb/jcp,   PO Box 965007,
            Orlando, FL  32896-5007
20414480    +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 18 2014 00:40:22   Kohls/capone,
            N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
20853352    E-mail/Text: bnc-quantum@quantum3group.com Apr 18 2014 00:40:54
            Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
20414486    E-mail/Text: vci.bkcy@vwcredit.com Apr 18 2014 00:41:31   VW Credit Inc,   1401 Franklin Blvd,
            Libertyville, IL  60048-4460
20414485    E-mail/Text: vci.bkcy@vwcredit.com Apr 18 2014 00:41:31   Volkswagon Credit Inc,
            National Bankruptcy Services,   9441 Lyndon B Johnson Fwy Ste 250,   Dallas, TX  75243-4640
                                                                                        TOTAL: 11

```
District/off: 0752-1        User: wepps            Page 2 of 2          Date Rcvd: Apr 17, 2014
                           Form ID: pdf006         Total Noticed: 44
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20888006*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262
20948662*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262
                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2014 at the address(es) listed below:
```
              Andrew J Nelson    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee for
                Residential Accredit Loans,Inc., Mortgage Asset-Backed Pass-Through Certificates, Series
                2002-QS15 anelson@atty-pierce.com,  northerndistrict@atty-pierce.com
              Jason  Blust    on behalf of Debtor Norman  Parish jason.blust@clientfirstbankruptcy.com,
                courtnotices@clientfirstbankruptcy.com
              Jason  Blust    on behalf of Joint Debtor Sherry L. Parish jason.blust@clientfirstbankruptcy.com,
                courtnotices@clientfirstbankruptcy.com
              Joji  Takada    trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
              Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
                jtakada@ecf.epiqsystems.com
              Maria  Georgopoulos    on behalf of Creditor    JPMorgan Chase Bank, National Association
                nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy R Yueill    on behalf of Creditor    OneWest Bank, FSB timothyy@nevellaw.com
              Toni  Dillon    on behalf of Creditor    OneWest Bank, FSB tdillon@atty-pierce.com,
                northerndistrict@atty-pierce.com
                                                                              TOTAL: 9
```