UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Norman Parish | § | Case No. 13-18098 |
| Sherry L. Parish | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joji Takada, Chapter 7 Trustee_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | | | | | |
| 2 | DISCOVER BANK | | | | | |
| 3 | DISCOVER BANK | | | | | |
| 13 | DISCOVER BANK | | | | | |
| 14 | Ecast Settlement Corporation, Assignee | | | | | |
| 15 | Ecast Settlement Corporation, Assignee | | | | | |
| 19 | Ecast Settlement Corporation, Assignee | | | | | |
| 5 | Fifth Third Bank | | | | | |
| 9 | GE Capital Retail Bank | | | | | |
| 10 | GE Capital Retail Bank | | | | | |
| 11 | GE Capital Retail Bank | | | | | |
| 16 | N. A. Capital One | | | | | |
| 4 | N. A. Capital One Bank (Usa) | | | | | |
| 8 | N. A. Capital One Bank (Usa) | | | | | |
| 20 | N. A. Citibank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | N. A. Fia Card Services | | | | | |
| 7 | N. A. Fia Card Services | | | | | |
| 17 | Portfolio Recovery Associates, Llc | | | | | |
| 18 | Portfolio Recovery Associates, Llc | | | | | |
| 12 | Quantum3 Group Llc As Agent For | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-18098 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Norman Parish | | | | Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| | Sherry L. Parish | | | | 341(a) Meeting Date: | 06/04/2013 |
| For Period Ending: | 10/01/2014 | | | | Claims Bar Date: | 09/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12745 Terrace Blvd, Plainfield, Il 60585-2258 The Costs And | 227,000.00 | 47,126.00 | | 10,000.00 | FA |
| 2. 1653 E 85Th St, Chicago, Il 60617-2238 | 145,752.00 | 0.00 | | 0.00 | FA |
| 3. 2108 E 95Th Pl, Chicago, Il 60617-4704 | 15,000.00 | 0.00 | | 0.00 | FA |
| 4. 6349 S Langley Ave, Chicago, Il 60637-3429 | 176,290.00 | 0.00 | | 0.00 | FA |
| 5. 9530 S Chappel Ave, Chicago, Il 60617-4722 | 15,000.00 | 0.00 | | 0.00 | FA |
| 6. 9812 S Clyde Ave, Chicago, Il 60617-5217 | 15,000.00 | 0.00 | | 0.00 | FA |
| 7. Checking Account With Bank Of America | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8. Miscellaneous Used Household Goods And Furnishings | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9. Personal Used Clothing | 600.00 | 600.00 | | 0.00 | FA |
| 10. Employer-Provided 401(K) | 28,328.36 | 28,328.36 | | 0.00 | FA |
| 11. 2007 Buick Rainier-I6 Utility 4D Cxl 138,000 Miles Value Acc | 7,190.00 | 7,190.00 | | 0.00 | FA |
| 12. 2012 Audi A4-4 Cyl. Turbo Sedan 4D 2.0T Premium 2Wd 12,000 M | 26,457.00 | 26,457.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $658,617.36 | $111,701.36 | | $10,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed an interest in real property (primary residence); Trustee determined value of real property exceeded mortgage, and sought to sell property for the benefit of creditors; Debtor disputed Trustee's value; Debtor and Trustee settled disputed by Debtor buying bankruptcy estate's interest in residence.

Initial Projected Date of Final Report (TFR): 06/04/2014        Current Projected Date of Final Report (TFR): 06/04/2014

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-18098 |
| Case Name: | Norman Parish |
| | Sherry L. Parish |
| Taxpayer ID No: | XX-XXX0502 |
| For Period Ending: | 10/01/2014 |

| | |
|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number/CD#: | XXXXXX8062 |
| | Checking |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/13 | 1 | Sherry and Norman Parish | Settlement payment | 1110-000 | $5,000.00 | | $5,000.00 |
| 11/06/13 | 1 | Sherry and Norman Parish | Settlement payment | 1110-000 | $5,000.00 | | $10,000.00 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.03 | $9,988.97 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.85 | $9,974.12 |
| 05/20/14 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $1,750.00 | $8,224.12 |
| 05/20/14 | 100002 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution per court order. | 7100-000 | | $1,287.49 | $6,936.63 |
| 05/20/14 | 100003 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution per court order. | 7100-000 | | $1,082.87 | $5,853.76 |
| 05/20/14 | 100004 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution per court order. | 7100-000 | | $102.81 | $5,750.95 |
| 05/20/14 | 100005 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $389.03 | $5,361.92 |
| 05/20/14 | 100006 | Fifth Third Bank<br>9441 Lbj Freeway, Suite 350<br>Dallas, Tx 75243 | Final distribution per court order. | 7100-000 | | $372.64 | $4,989.28 |
| 05/20/14 | 100007 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Final distribution per court order. | 7100-000 | | $433.51 | $4,555.77 |

Page Subtotals: $10,000.00    $5,444.23

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-18098 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Norman Parish | Bank Name: The Bank of New York Mellon |
| Sherry L. Parish | Account Number/CD#: XXXXXX8062 |
| | Checking |
| Taxpayer ID No: XX-XXX0502 | Blanket Bond (per case limit): |
| For Period Ending: 10/01/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/14 | 100008 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Final distribution per court order. | 7100-000 | | $263.75 | $4,292.02 |
| 05/20/14 | 100009 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $1,231.87 | $3,060.15 |
| 05/20/14 | 100010 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution per court order. | 7100-000 | | $63.77 | $2,996.38 |
| 05/20/14 | 100011 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution per court order. | 7100-000 | | $21.48 | $2,974.90 |
| 05/20/14 | 100012 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution per court order. | 7100-000 | | $133.45 | $2,841.45 |
| 05/20/14 | 100013 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $12.72 | $2,828.73 |
| 05/20/14 | 100014 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution per court order. | 7100-000 | | $286.91 | $2,541.82 |
| 05/20/14 | 100015 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $190.14 | $2,351.68 |
| 05/20/14 | 100016 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $521.18 | $1,830.50 |

Page Subtotals: $0.00 $2,725.27

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-18098 |
| Case Name: | Norman Parish |
| | Sherry L. Parish |
| Taxpayer ID No: | XX-XXX0502 |
| For Period Ending: | 10/01/2014 |

| | |
|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number/CD#: | XXXXXX8062 |
| | Checking |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/14 | 100017 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $66.29 | $1,764.21 |
| 05/20/14 | 100018 | Portfolio Recovery Associates, Llc<br>Suc To Us Bank Nat"l Assoc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution per court order. | 7100-000 | | $210.20 | $1,554.01 |
| 05/20/14 | 100019 | Portfolio Recovery Associates, Llc<br>Suc To Us Bank Nat"l Assoc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution per court order. | 7100-000 | | $332.99 | $1,221.02 |
| 05/20/14 | 100020 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $104.11 | $1,116.91 |
| 05/20/14 | 100021 | N. A. Citibank<br>Citibank, N.A.<br>701 East 60Th Street North<br>Sioux Falls, Sd 57117 | Final distribution per court order. | 7100-000 | | $1,116.91 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page Subtotals: $0.00 $1,830.50

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8062 - Checking | $10,000.00 | $10,000.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:    $0.00    $0.00